UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>JOHN H. HERNANDEZ,<br><br>              Defendant. | No. CR-07-030-RHW<br><br>ORDER GRANTING DEFENDANT'S MOTIONS TO EXPEDITE AND TO MODIFY CONDITIONS OF RELEASE |

At the July 26, 2007, hearing on Defendant's Motion to Modify, Assistant Federal Defender Robert Fischer appeared with Defendant; Assistant U.S. Attorney Ronald W. Skibbie represented the United States.

The court, having considered the proffers of Defendant and Plaintiff finds Defendant has successfully participated in inpatient treatment and is scheduled for release on Tuesday, July 31, 2006. It is appropriate in light of his success that he go directly into a residential re-entry center and not be returned to jail. Accordingly,

**IT IS ORDERED** that Defendant's Motions to Expedite and to Modify Conditions of Release **(Ct. Rec. 44, 45)** are **GRANTED.** Defendant may be released on the following conditions:

    1.    On Tuesday, July 31, 2007, Defendant shall be released to reside at a Spokane residential re-entry center (Bannum Place).

    2.    Defendant shall participate in intensive outpatient

ORDER GRANTING DEFENDANT'S MOTIONS TO EXPEDITE
AND TO MODIFY CONDITIONS OF RELEASE - 1

treatment to commence immediately upon entry into the residential re-entry center. **If Defendant fails in any way to comply or cooperate with the requirements of the outpatient treatment program, Pretrial Services and the parties are directed to notify the court. Treatment shall not interfere with the Defendant's court appearances.** Full mutual releases shall be executed to permit communication between the court, Pretrial Services, and the treatment vendor. If random urinalysis testing is not conducted by the treatment provider, Defendant shall be subject to random urinalysis testing by the United States Probation Office, not to exceed six times a month.

3. Defendant shall not commit any offense in violation of federal, state or local law.

4. Defendant shall not change addresses without prior permission of the court.

5. Defendant shall appear at all proceedings and surrender as directed for service of any sentence imposed.

6. Defendant shall sign and complete form A.O. 199C before being released and shall reside at the address furnished.

7. Defendant shall remain in the Eastern District of Washington while the case is pending. On a showing of necessity, Defendant may obtain prior written permission to leave this area from the United States Probation Office.

8. Defendant shall not possess a firearm, destructive device or other dangerous weapon.

9. Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year to

ORDER GRANTING DEFENDANT'S MOTIONS TO EXPEDITE
AND TO MODIFY CONDITIONS OF RELEASE - 2

ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

10. Defendant shall refrain from the use of alcohol, and the use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

11. Defendant shall report to the United States Probation Office before or immediately after his release and shall report as often as they direct, at such times and in such manner as they direct.

**Defendant is advised a violation of any of the foregoing conditions of release may result in the immediate issuance of an arrest warrant, revocation of release and prosecution for contempt of court, which could result in imprisonment, a fine, or both. Specifically, Defendant is advised a separate offense is established by the knowing failure to appear and an additional sentence may be imposed for the commission of a crime while on this release. In this regard, any sentence imposed for these violations is consecutive to any other sentence imposed.**

DATED July 26, 2007.


                           S/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTIONS TO EXPEDITE
AND TO MODIFY CONDITIONS OF RELEASE - 3